DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:99-cv-552 (JKS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | PROPOSED WRIT OF EXECUTION |
| | ) | ON PERMANENT FUND DIVIDEND |
| DENNIS A. MANN, | ) | |
| SSN xxx-xx-3832 | ) | |
| DOB: August 23, 1947 | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On December 15, 1999, a judgment was entered in the docket of

the above-entitled court and action, in favor of the United States

of America as judgment creditor and against DENNIS A. MANN as

judgment debtor, for

$5,866.11 principal

$7,424.88 interest

$5.95     costs

$13,296.94     JUDGMENT AS ENTERED.

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$4,593.64 accrued interest on judgment principal

$292.00     accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$10,343.80     which is to be first credited against the total accrued costs and interest, with any excess credited against the judgment as entered, leaving a net balance of:

$7,838.78     ACTUALLY DUE on April 25, 2006, of which $7,642.99 is due on the judgment as entered with compounded interest added thereto to create a new interest-accruing balance, per 28 U.S.C. § 1961, and bears interest at the rate of 5.67% per annum in the amount of:

$1.19     PER DAY on the judgment principal, from the date of the request for issuance of this writ,

Writ of Execution on
Permanent Fund Dividend
U.S. vs. DENNIS A. MANN
Case No.: 3:99-cv-552 (JKS)

                              to which must be added the commissions and
                              costs of the officer executing this writ.

    THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you

are hereby commanded to levy upon and seize and take into execution

the Alaska Permanent Fund Dividend of the said debtor, sufficient,

subject to execution, to satisfy said judgment, interest and

increased interests, costs and increased costs.

    HEREIN FAIL NOT, and have you then and there this writ.

    DATED this _____ day of _____, 2006, at Anchorage,

Alaska.

                                        IDA ROMACK
                                        CLERK OF COURT


                              By:    _____
                                        Deputy Clerk


Writ of Execution on
Permanent Fund Dividend
U.S. vs. DENNIS A. MANN
Case No.: 3:99-cv-552 (JKS)


                                    3