NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
222 West 7th Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax:(907)-271-1500
Email: bryan.schroder@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:99-CV-00552-JKS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | SATISFACTION OF JUDGMENT |
| DENNIS A. MANN, | ) | |
| Defendant. | ) | |

   Plaintiff the United States of America, through the United States Attorney for the District of Alaska, states that the Amended Consent Judgment entered in the above-captioned matter on December 8, 2000, is satisfied.  The Clerk of the United States District Court for the District of Alaska is hereby authorized and empowered to satisfy and cancel said judgment of record.

   Plaintiff hereby authorizes removal of the judgment liens recorded in the Ketchikan Recording District on December 29, 2000

in Book 319 at Page 912 and in El Paso County, State of Colorado on January 23, 2001 as No. 2010077876.

    DATED this 30th day June 2008.

                                    NELSON P. COHEN
                                    United States Attorney

                                    s/Bryan Schroder
                                    Bryan Schroder
                                    Assistant U.S. Attorney
                                    222 West 7th Avenue, #9, Room 253
                                    Anchorage, Alaska 99513-7567
                                    Phone: (907) 271-5071
                                    Fax:(907)-271-1500
                                    Email: bryan.schroder@usdoj.gov
                                    Alaska Bar No. 0702003

I declare under penalty of perjury that a true and correct copy of the foregoing Satisfaction of Judgment was served on Dennis A. Mann at Route 2, Box 17, Ketchikan, AK 99901 by first class mail on June 30, 2008.

s/Bryan Schroder